RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 2/16/10
BY _____

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| DWAYNE J. HILL, aka DEWAYNE HILL LA. DOC #294586 | CIVIL ACTION NO. 09-1819 |
| VS. | SECTION P |
| | JUDGE ROBERT G. JAMES |
| WARDEN STEVE RADER | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge, adopted by this Court, and for those additional reasons stated in this Court's Ruling,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner's petition for *habeas corpus* be **DISMISSED WITH PREJUDICE** because petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

MONROE, LOUISIANA, this 11 day of February, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE